NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1138
(Opposition No. 91/169,922)

MAYFLOWER INTERNATIONAL, INC.,

Appellant,

v.

TIANXIANG LIN,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

Liu Min moves for a 14-day extension of time, until March 23, 2009, for Mayflower International, Inc. to file its brief.

Min states that she is the corporate officer for Mayflower and purports to represent Mayflower in this appeal. The court notes that counsel for Mayflower has not entered an appearance. A corporation may not appear in this court without counsel. See Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); Richdel, Inc. v. Sunspool Corp., 699 F.2d 1366 (Fed. Cir. 1983) ("only a lawyer, and not a corporate officer or stockholder, may appear for the corporation in litigation before the court"). Thus, counsel for Mayflower must promptly enter an appearance.

Accordingly,

IT IS ORDERED THAT:

(1)     Counsel for Mayflower must enter an appearance within 60 days of the date of filing of this order or the appeal will be dismissed.  No extensions should be anticipated.

(2)     The briefing schedule is stayed.

(3)     The motion for an extension of time is moot.

FOR THE COURT

**MAR 1 9 2009**

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 9 2009

JAN HORBALY
CLERK

cc:     Liu Min
        David M. Kelly, Esq.

s17

2009-1138                                        2